IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JASON R. DADDARIO | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | NO. 17-2176 |
| NANCY A. BERRYHILL | : | |

## ORDER

**AND NOW**, this 24th day of April 2018, upon considering the administrative record (ECF Doc. No. 7), Plaintiff's Brief and Statement of Issues in support of his request for review (ECF Doc. No. 11), Defendant's Response (ECF Doc. No. 16), Plaintiff's Reply (ECF Doc. No. 17), the Honorable Thomas J. Rueter's March 29, 2018 Report and Recommendation (ECF Doc. No. 19), Plaintiff's objections to Judge Rueter's Report and Recommendation (ECF Doc. No. 20) and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **APPROVE** and **ADOPT** Judge Rueter's comprehensive Report and Recommendation (ECF Doc. No. 19);

2. We **DENY** relief sought in Plaintiff's Statement of Issues (ECF Doc. No. 11);

3. We **OVERRULE** Plaintiff's objections (ECF Doc. No. 20);

4. We enter **JUDGMENT** in favor of Nancy A. Berryhill, Acting Commissioner of Social Security; and

5. The Clerk of the Court shall mark this case **CLOSED**.

KEARNEY, J.